FILED
HARRISBURG, PA

SEP 0 2 2026

PER ________
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIM. NO. 1:26-CR-201
:
v. :
:
[1] MARISOL GUZMAN and : (Judge Mehalchick)
[2] THOMAS HOLTZMAN, :
Defendants. :

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
18 U.S.C. § 1015(f)
(False Statement of Citizenship in Order to Vote)

On or about November 2, 2023, in Cumberland County, within the Middle District of Pennsylvania, the defendant,

**[2] THOMAS HOLTZMAN,**

aided and abetted another and knowingly made a false statement and claim that Marisol Guzman was a citizen of the United States in order to register to vote in a Federal, State, and local election.

All in violation of Title 18 United States Code, Sections 1015(f) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2

52 U.S.C. § 20511(2)(A)
(Fraudulent Registration)

On or about November 2, 2023, in Cumberland County, within the Middle District of Pennsylvania, the defendant,

**[2] THOMAS HOLTZMAN,**

aided and abetted another and knowingly and willfully deprived, defrauded, and attempted to deprive and defraud the residents of the Commonwealth of Pennsylvania of a fair and impartially conducted election process by the procurement and submission of a voter registration application that was known by them to be materially false, fictitious, and fraudulent under the laws of the Commonwealth of Pennsylvania. Specifically, Holtzman and another submitted a voter registration application they knew to be fraudulent because it falsely claimed that the applicant was a United States citizen.

All in violation of 52 United States Code, Sections 20511(2)(A) and 2.

THE GRAND JURY FURTHER CHARGES:

COUNT 3
18 U.S.C. § 611
(Alien Voting)

On or about November 5, 2024, in Cumberland County, within the Middle District of Pennsylvania, the defendant

**[1] MARISOL GUZMAN,**

an alien, fully knowing that she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for President, Vice President, United States Senator, and Member of the House of Representatives.

All in violation of Title 18, United States Code, Section 611.

A TRUE BILL

[redacted]

BRIAN D. MILLER
United States Attorney

______________________ ______9/2/26______
SCOTT R. FORD Date
Assistant United States Attorney