IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:26-CR-00201 |
| | : | |
| v. | : | (Judge Mehalchick) |
| | : | |
| MARISOL GUZMAN | : | (Filed Electronically) |

**MOTION TO WITHDRAW AS COUNSEL**

AND NOW, comes the defendant, Marisol Guzman, by her attorney, Curt W. Schulz, Esquire, of the Federal Public Defender's Office, and files this Motion to Withdraw as Counsel, averring as follows:

1. On September 4, 2026, the Federal Public Defender's Office was appointed to represent Ms. Guzman in the above-referenced docket. (Doc. 14).

2. On September 25, 2026, Heidi R. Freese, Esquire, entered her appearance on behalf of Ms. Guzman. (Doc. 29).

3. As Ms. Guzman has retained private counsel, it is respectfully requested that the Federal Public Defender's Office be permitted to withdraw from further representation of Ms. Guzman in this matter.

4. Assistant United States Attorney Scott R. Ford, Esquire, takes no position on this request.

WHEREFORE, for the foregoing reasons, it is respectfully requested that this Honorable Court grant the within Motion to Withdraw as Counsel.

Respectfully submitted,

/s/ *Curt W. Schulz*

Date: September 25, 2026

CURT W. SCHULZ, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA204209
100 Chestnut Street, 3rd Floor
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*curt_schulz@fd.org*
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, Curt W. Schulz, Esquire, of the Federal Public Defender's Office, do hereby certify that I served a copy of the foregoing **Motion to Withdraw as Counsel**, via Electronic Case Filing, and/or by placing a copy in the United States mail, first class in Harrisburg, Pennsylvania, and/or by hand delivery, addressed to the following:

SCOTT R. FORD, ESQUIRE
United States Attorney's Office
*scott.r.ford@usdoj.gov*

Respectfully submitted,

Date: September 25, 2026

/s/ *Curt W. Schulz*
CURT W. SCHULZ, ESQUIRE
Assistant Federal Public Defender
Attorney ID #PA204209
100 Chestnut Street, 3rd Floor
Harrisburg, PA 17101
Tel. No. (717) 782-2237
Fax No. (717) 782-3881
*curt_schulz@fd.org*
*Attorneys for Defendant*