IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 1:26-CR-0201 |
| | : | |
| v. | : | MEHALCHICK, J. |
| | : | |
| THOMAS HOLTZMAN | : | ECF |

MOTION TO WITHDRAW AS COUNSEL

COMES NOW, Thomas Holtzman, defendant in the above-captioned matter, through his court-appointed counsel, Elisabeth K. H. Pasqualini of EKHP Law, LLC, respectfully requests that Ms. Pasqualini be permitted to withdraw from representing him in the case,and states as follows:

1) Mr. Holtzman was charged in an indictment on September 2, 2023 (Doc. 1) and arraigned on September 4, 2026, at which time undersigned counsel was appointed to represent her. (Doc. 18)
2) Mr. Holtzman has since retained private counsel. (Doc. 28).
3) In light of the retention of private counsel, undersigned counsel seeks permission to withdraw.
4) Assistant U.S. Attorney Scott Ford concurs in thefiling of this motion and the relief sought.

WHEREFORE, it is requested that this motion be granted. Pursuant to Local Rule 7.5, no brief is being filed with this motion because it has concurrence and the reasons for the motion are fully set forth.

Respectfully submitted,

Date: October 15, 2026

/s/ Elisabeth K. H. Pasqualini
EKHP Law, LLC
2601 N Front St., Suite 201
Harrisburg, PA 17110
Attorney ID# 201665
Tel. No. (717) 542-3330
Fax. No. (717) 674-7530
e@ekhplaw.com

CERTIFICATE OF CONCURRENCE

Undersigned counsel has sought and received concurrence from Scott Ford, Esq. in the foregoing motion and relief requested.

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record through the Electronic Case Filing System.

Respectfully submitted,

Date: October 15, 2026

/s/ Elisabeth K. H. Pasqualini
EKHP Law, LLC
2601 N Front St., Suite 201
Harrisburg, PA 17110
Attorney ID# 201665
Tel. No. (717) 542-3330
Fax. No. (717) 674-7530
e@ekhplaw.com