UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 1:26-cr-00201 |
| | : | |
| v. | : | (MEHALCHICK, J.) |
| | : | |
| MARISOL GUZMAN, | : | |
| THOMAS HOLTZMAN | : | |

**JOINT UNOPPOSED MOTION TO CONTINUE JURY SELECTION AND TRIAL**

AND NOW, come the Defendants, Marisol Guzman and Thomas Holtzman, by and through their attorneys, Heidi R. Freese, Esquire, and Mark E. Cedrone, Esquire, and file this Joint Unopposed Motion to Continue Jury Selection and Trial, and in support thereof aver the following:

1. On September 2, 2026, the Government filed an indictment against the Defendants charging Mrs. Guzman with one charge of Alien Voting in violation of 18 U.S.C. § 611 and charging Mr. Holtzman with one charge of Fraudulent Registration in violation of 52 U.S.C. § 20511(2)(A) and one charge of False Statement of Citizenship in Order to Vote in violation of 18 U.S.C. § 1015(f). (Doc. 1).

2. On September 4, 2026, the Defendants appeared before Chief Magistrate Judge Daryl F. Bloom and entered not guilty pleas to the indictment. (Docs. 15, 19).

3. Jury selection and trial are currently set to begin on November 2, 2026. (Doc. 24).

4. The Government is in the process of producing discovery, and additional time is necessary to receive and review discovery and to determine whether a trial is necessary in this matter.

5. The Defendants, therefore, respectfully request that trial be continued for sixty (60) days to allow time to receive and review discovery.

6. Assistant United States Attorney Scott Ford concurs in the relief requested herein.

WHEREFORE, it is respectfully requested that the November 2, 2026 trial be continued for sixty (60) days.

Date: October 19, 2026

Respectfully submitted,

TUCKER ARENSBERG, P.C.

*_/s/Heidi R. Freese_*
Heidi R. Freese, Esquire
PA I.D. No. 87668
300 Corporate Center Drive
Suite 200
Camp Hill, PA 17011
717-221-7967
hfreese@tuckerlaw.com
*Counsel for Marisol Guzman*

SAXTON & STUMP

*_/s/ Mark E. Cedrone_*
Mark E. Cedrone, Esquire
PA I.D. No. 45549
123 South Broad Street - Suite 2800
Philadelphia, PA 19109
(267) 665-2080
mec@saxtonstump.com
*Counsel for Thomas Holtzman*

## CERTIFICATE OF CONCURRENCE

AND NOW, this 19th day of October 2026, I hereby certify that Counsel for the Defendant Thomas Holtzman contacted Assistant United States Attorney Scott R. Ford regarding the herein Joint Motion to Continue Jury Selection and Trial and Attorney Ford indicated his concurrence in the Motion.

TUCKER ARENSBERG, P.C.

*/s/Heidi R. Freese*

Heidi R. Freese, Esquire
PA I.D. No. 87668
300 Corporate Center Drive
Suite 200
Camp Hill, PA 17011
717-221-7967
hfreese@tuckerlaw.com

# CERTIFICATE OF SERVICE

AND NOW, this 19th day of October 2026, I hereby certify that I have served the foregoing Joint Motion to Continue Jury Selection and Trial on the following via electronic delivery:

Assistant United States Attorney Scott R. Ford
U.S. Attorney's Office
1501 North 6th Street, 2nd Floor
Harrisburg, PA 17102

TUCKER ARENSBERG, P.C.

*/s/Heidi R. Freese*

Heidi R. Freese, Esquire
PA I.D. No. 87668
300 Corporate Center Drive
Suite 200
Camp Hill, PA 17011
717-221-7967
hfreese@tuckerlaw.com